# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0136
_____

CALVIN DUNELL BURNS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip Pena, Judge.

May 28, 2025

PER CURIAM.

DISMISSED. *See Robinson v. State*, 255 So. 3d 907 (Fla. 1st DCA 2018).

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Calvin Dunell Burns, pro se, Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.